# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

NATHAN CURTIS TAYLOR     *

      Plaintiff *pro se*     *

v     *     Civil Action No. GLR-13-1410

NICOLE SHERDEN     *

      Defendant     *

## MEMORANDUM OPINION

The above-captioned case was filed on May 10, 2013, along with a Motion to Proceed In Forma Pauperis. ECF No. 2. Because he appears to be indigent, Plaintiff's Motion shall be granted. The Complaint must be dismissed.

Plaintiff asserts he sent property to Defendant because he was in jail and was not allowed to keep it. ECF No. 1 at p. 2. He claims Defendant kept or stole his property and to his "knowledge and understanding the Baltimore City Police told her to keep my belongings." Id. As relief he asks this Court to "do a real investigation [to] find out . . . which officer [is] doing this type of misconduct and fire that officer for misfeasance." Id. at p. 3.

To the extent Plaintiff is suing the person whom he alleges deprived him of his property worth, in his estimate, $190, this Court has no jurisdiction over the claim. There is no federal question involved and the parties are residents of the same state. See 28 U.S.C. § 1332. To the extent Plaintiff is seeking some sort of mandamus relief against Baltimore City Police; this Court has no mandamus jurisdiction over State or local government employees. Gurley v. Superior Court of Mecklenburg County, 411 F.2d 586, 587 (4th Cir. 1969). Thus, the Complaint must be dismissed for failure to state a claim upon which relief may be granted. Fed. R. Civ. Proc. 12(b)(6). A separate Order follows.

May 21, 2013                                                       /s/

                                                      _____
                                                      George L. Russell, III
                                                      United States District Judge